### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICK WELLS,<br><br>      **Plaintiff,**<br><br>vs.<br><br>(1) MIDLAND FUNDING LLC,<br><br>      **Defendant.** | )<br>)<br>) Case No.: 4:20-cv-00197-JED-FHM<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Patrick Wells, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached with all parties and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                      Respectfully submitted,



                                      /s/ Victor R. Wandres
                                      Victor R. Wandres, OBA #19591
                                      1202 E. 33rd Street
                                      Tulsa, OK 74105
                                      (918) 200-9272

                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 09, 2021, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.   No appearance for Defendant has been made in this matter.

/s/ Victor R. Wandres
Victor R. Wandres
Attorney for Plaintiff
